[No. 31007. Department Two. October 31, 1949.]

THE STATE OF WASHINGTON, *on the Relation of Joe H. Scheuer et al., Appellants*, v. WILLIAM HOAR, *as Justice of the Peace, Respondent.*[1]

*Chas. H. Graves,* for appellants.

*Mifflin & Mifflin,* for respondent.

PER CURIAM.—During the month of September, 1948, Cain Company brought an action in the justice court of King county against appellants to recover judgment in a sum less than two hundred dollars. At one time during the proceedings in that court, appellants presented a motion for a change of judges. The motion was denied, and appellants filed an action in the superior court of King county for a writ of mandamus to compel the justice of the peace to grant the motion for a change of judges. A hearing was had upon the petition in the superior court, after which a judgment was entered denying the writ. This appeal followed.

Respondent has moved to dismiss the appeal upon the ground that the amount in controversy does not exceed two hundred dollars. Basing our action upon the decision of this court in *State ex rel. Home Tel. & Tel. Co. v. Hurn,* 106 Wash. 362, 180 Pac. 400, we grant respondent's motion and dismiss the appeal.

[1] Reported in 210 P. (2d) 813.